## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

FCCI INSURANCE COMPANY                                    PLAINTIFF

V.                              3:25CV00024 JM

CHARLES WATKINS COMPANY
LLC, CORBIN ALLEN CONTRACTORS
LLC, CHARLES WATKINS AND
JENNY WATKINS                                            DEFENDANTS

### ORDER

Pending are several motions filed by the Plaintiff FCCI and a motion filed by Defendant Jenny Watkins seeking reconsideration of the Court's decision (Doc. No. 35) to grant summary judgment against her. Defendants have not yet responded to FCCI's motions, and the time for doing so has not passed.

The Court has reviewed Ms. Watkins's motion for reconsideration and FCCI's response. Ms. Watkins has failed to present any information, evidence, or new legal authority which requires the Court to reconsider the May 21, 2026 Order. Therefore, the motion for reconsideration (Doc. No. 42) is DENIED. The jury trial scheduled for June 22, 2026 is cancelled.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
James M. Moody Jr.
United States District Judge