**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**FCCI INSURANCE COMPANY**                                              **PLAINTIFF**

**V.**                                          **3:25CV00024 JM**

**CHARLES WATKINS COMPANY
LLC, CORBIN ALLEN CONTRACTORS
LLC, CHARLES WATKINS AND
JENNY WATKINS**                                                        **DEFENDANTS**

## DEFAULT JUDGMENT

Default Judgment is entered in favor of Plaintiff against Corbin Allen Contractors LLC

and Charles Watkins Company LLC jointly in the total amount of $739,130.87 for damages.

Prejudgment interest is awarded to Plaintiff in the amount of $117,855.00. The total judgment of

$856,985.87 will bear interest from today until paid at the rate of 3.98% per annum until paid.

Plaintiff is awarded attorneys' fees in the amount of $8,525.00, and costs in the amount of

$1,005.00.

IT IS SO ORDERED this 7th day of July, 2026.

_____
James M. Moody Jr.
United States District Judge