**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**FCCI INSURANCE COMPANY**                                          **PLAINTIFF**

**V.**                                     **3:25CV00024 JM**

**CHARLES WATKINS COMPANY**
**LLC, CORBIN ALLEN CONTRACTORS**
**LLC, CHARLES WATKINS AND**
**JENNY WATKINS**                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on May 21, 2026, Judgment is hereby entered in favor of the Plaintiff and against Defendants Charles Watkins and Jenny Watkins jointly and severally in the amount of $739,130.87 for damages.[1]  Prejudgment interest is awarded in the amount of $117,855.00. The total judgment of $856,985.87 will bear interest from today until paid at the rate of 3.98% per annum. Plaintiff is awarded attorneys' fees in the amount of $8,525.00 and costs in the amount of $1,005.00.

IT IS SO ORDERED this 20th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

---

1 On July 7, 2026, Default Judgment was entered in favor of Plaintiff against Corbin Allen Contractors LLC and Charles Watkins Company LLC in the amount of $739,130.87 for damages plus prejudgment, post judgment interest, attorneys' fees and costs. In the interest of justice, the Court is imposing the same prejudgment interest amount and post-judgment interest rate.